**U.S. DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **NAUTILUS INSURANCE COMPANY ,** | |
| **Plaintiff,** | |
| | **CIVIL ACTION NO.:** |
| v. | **3:20-cv-01705-JCH** |
| **INFINITY CONSTRUCTION SYSTEMS, LLC, SANDRO RIVERA-CRUZ, AND ANNAIS VIERA, ADMINISTRATRIX OF THE ESTATE OF NICK ROGER MARTINEZ,** | **February 19, 2021** |
| **Defendants.** | |

## REPORT OF SETTLEMENT

The plaintiff, Nautilus Insurance Company ("Nautilus") hereby submits the following report of settlement in connection with this pending action for Declaratory Relief.

A private mediation was recently conducted among all parties to this action, as well as all parties in the underlying action entitled <u>Annais Viera, Administratrix of the Estate of Nick Roger Martinez v. Infinity Construction Systems, LLC, et al.</u>, Superior Court of Connecticut, Judicial District of New Haven at New Haven, Docket No. NNH-CV19-6090104-S.  As a result of the mediation, the claims at issue in this pending action for Declaratory Relief have been resolved, pending the execution of a release as well as necessary approval from the Probate Court.

Due to the pending settlement and the expected approval process involving the Probate Court, Nautilus respectfully requests sixty (60) days to file a Notice of Voluntary Dismissal in the case at bar.  Nautilus also respectfully requests that the parties be excused from filing the Rule 26 Meeting Report that would otherwise be due on February 22, 2021.

1

1562190v.1

                            **PLAINTIFF,**
                            **NAUTILUS INSURANCE COMPANY**

By:  */s/ Joseph R. Ciollo*
      Joseph R. Ciollo
      Federal Bar No. ct29719
      **MORRISON MAHONEY LLP**
      One Constitution Plaza, 10th Floor
      Hartford, CT  06103
      Tel: (860) 616-7648
      Fax: (860) 541-4879
      jciollo@morrisonmahoney.com

## CERTIFICATION

I hereby certify that a copy of the foregoing document was filed electronically on February 19, 2021, and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing. Parties may access this filing through the Court's system.

                            */s/ Joseph R. Ciollo*
                            Joseph R. Ciollo

1562190v.1